**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA, )
)
         Plaintiff, )
)
v. ) 2:13-CR-372-GMN-(VCF)
)
KEITH JOHN ANDERSON, )
)
         Defendant. )

**PRELIMINARY ORDER OF FORFEITURE**

This Court finds that on October 8, 2013, defendant KEITH JOHN ANDERSON pled guilty to Count One of a One-Count Criminal Information charging him with Wire Fraud in violation of Title 18, United States Code, Section 1343. Information, ECF No. 5; Plea Agreement, ECF No. 7; Change of Plea, ECF No. 10.

This Court finds defendant KEITH JOHN ANDERSON agreed to the forfeiture of the property set forth in the Plea Agreement, Bill of Particulars, and the Forfeiture Allegation of the Criminal Information. Information, ECF No. 5; Bill of Particulars, ECF No. 2; Plea Agreement, ECF No. 7; Change of Plea, ECF No. 10.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement, Bill of Particulars, and the Forfeiture Allegation of the Criminal Information and the offense to which defendant KEITH JOHN ANDERSON pled guilty.

. . .

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 982(a)(1)(C) and Title 28, United States Code, Section 2461(c) and Title 21, United States Code, Section 853(p):

1. an *in personam* criminal money judgment of $807,496.06 in United States Currency, including:
2. $282,305.45 in United States Currency ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of KEITH JOHN ANDERSON in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

. . .

DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

**DATED** this 17th day of October, 2013.

_____
Gloria M. Navarro
United States District Judge